GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.
ATTORNEYS AT LAW

1700 ATLANTA PLAZA
950 EAST PACES FERRY ROAD
ATLANTA, GEORGIA 30326

(404) 870-7390 (Telephone)
(404) 870-1030 (Facsimile)
mmoffett@grsmb.com (E-mail)

January 6, 2016

Courtroom Deputy for the Honorable Richard W. Story
2121 Richard B. Russell Federal Building and
75 Spring Street, SW, Chambers 2121
Atlanta, Georgia 30303-3309

**Re:   *Donna Rowell v. The Kroger Co.***
Northern District of Georgia
Civil Action File No.:  1:15-cv-00856-RWS

Dear Courtroom Deputy,

Matthew G. Moffett respectfully notifies the Honorable Richard W. Story that he will be on leave pursuant to LR 83.1E3.  Counsel respectfully requests that the above captioned case not be calendared during the following periods of time:

- January 14-15, 2016 – Chicago for DRI Leadership Meeting;

- January 21-22, 2016 – GDLA Trail Academy (faculty);

- February 5, 2016 – GDLA Board Meeting;

- February 29 – March 4, 2016 – FDCC Winter Meeting;

- March 7-11, 2016 – Spring Break and DRI Trial Academy (faculty);

- March 21-23, 2016 – Family Trip;

Page 2

- May 11-13, 2016 – GTLA Spring Conference.

Additionally, on this date, I served a copy of the foregoing *Notice of Leave of Absence* upon all counsel of record and all affected Judges by electronically filing via the EM/ECF system which provides electronic notification to all opposing counsel who are registered with the USDC Court and all affected Judges.

Very truly yours,

*/s/ Matthew G. Moffett*

Matthew G. Moffett, Esq.